IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| LENORA DONALD BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:12cv318-MHT |
| | ) | (WO) |
| GOLDEN CORRAL CORPORATION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff Lenora Donald Butler's objections (doc. nos. 33 and 36) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 32) is adopted.

(3) Golden Corral Corporation is substituted for the defendant identified incorrectly as Golden Corral. The clerk of the court is to correct the docket.

(4) Jeff Hovermale is substituted for the defendant incorrectly identified as Jeff Hooverman. The clerk of the court is to correct the docket.

(5) Defendants Jeff Hovermale and Donna Mayer and the claims against them are dismissed and they are terminated as parties.

(6) All claims against defendant Golden Corral Corporation, except the ADEA claim, are dismissed. The only remaining claim in this case is plaintiff Butler's ADEA claim against defendant Golden Corral Corporation.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 13th day of August 2012.

                                 /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE